NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE OHIO WILLOW WOOD COMPANY,**
*Plaintiff/Counterclaim Defendant-Appellant,*

v.

**THERMO-PLY, INC.,**
*Defendant/Counterclaimant-Cross Appellant,*

AND

**COASTAL LINERS, LLC,**
*Counterclaimant-Appellee.*

---

2010-1119, -1269

---

Appeals from the United States District Court for the Eastern District of Texas in case no. 07-CV-0274, Judge Ron Clark.

---

## ON MOTION

---

Before RADER, *Chief Judge.*

## ORDER

Alps South, LLC moves "To Revise Caption and for Leave to File Entry of Appearance Forms" and "To Establish Date to File a Brief as an Intervenor/Appellee or to

Move for Leave to File an Amicus Curiae Brief." The Ohio Willow Wood Company opposes both motions. Alps South replies.

This court deems it appropriate under the circumstances to allow Alps South to participate as amicus curiae in the briefing of this case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Alps South's Motion to Revise Caption and for Leave to File Entry of Appearance Forms is denied.

(2) Alps South may file a brief amicus curiae, which is due within 14 days from the date of filing of this order.

(3) Ohio Willow's response/reply brief is due within 40 days from the date of service of Alps South's brief amicus curiae.

FOR THE COURT

**MAY 0 3 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Richard E. Fee, Esq.
Jeffrey S. Standley, Esq.
David W. Wicklund, Esq.

s23

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 0 3 2011**

**JAN HORBALY**
**CLERK**